IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES MCCRAY, III,** : | | **CIVIL ACTION** |
| *Plaintiff,* : | | |
| : | | |
| **v.** : | | |
| : | | |
| **SUGARHOUSE HSP GAMING, L.P.** : | | |
| d/b/a **RIVERS CASINO PHILADELPHIA,** : | | |
| *Defendant.* : | | **NO. 23-CV-01960** |

## ORDER

**AND NOW,** this 30th day of May 2024, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 22), Plaintiff's Response in Opposition (ECF No. 25), and Defendant's Reply (ECF No. 26), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 22) is **GRANTED** in its entirety, and the case is **DISMISSED**. The Clerk of Court shall close the above-captioned matter.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**